UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TANEEN P.,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY
ADMINISTRATION,

    Defendant.
_____/

Case No. 23-cv-11642

HON. MARK A. GOLDSMITH

## JUDGMENT

Judgment is entered in accordance with the Opinion and Order entered on today's date. The case is closed.

    KINIKIA ESSIX
    CLERK OF THE COURT

By:    s/Misty Neely_____
    DEPUTY COURT CLERK

APPROVED:

s/Mark A. Goldsmith_____
MARK A. GOLDSMITH
UNITED STATES DISTRICT JUDGE

Dated: July 23, 2024
Detroit, Michigan